IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DIRECTV, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEONARD NORYS, individually, d/b/a )<br>BELLSHIRE NORYS, a/k/a )<br>BELLSHIRE PIZZA, )<br>)<br>Defendant. ) | No. 3:11-cv-00925<br>Judge Nixon<br>Magistrate Judge Knowles |

## ORDER

Before the Court is Plaintiff DIRECTV, Inc.'s Notice of Dismissal, voluntarily dismissing this action with prejudice. (Doc. No. 14.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is therefore **DISMISSED with prejudice**.

It is so ORDERED.

Entered this the __3rd__ day of January, 2012.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT